753 A.2d 713

IN THE MATTER OF HARDGE DAVIS,
JR., AN ATTORNEY AT LAW.

June 30, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **HARDGE DAVIS, JR.**, of **NEWARK**, who was admitted to the bar of this State in 1977, and who was suspended from the practice of law for a period of three months effective November 1, 1999, by Order of this Court dated October 8, 1999, and for an additional period of three months effective March 2, 2000, by Order of this Court dated May 19, 2000, be restored to the practice of law, effective immediately.